Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Tampa Division

| | | |
|---|---|---|
| DANA SANDERS<br><br>*Plaintiff(s)*<br>(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)<br>-v-<br>WESTLAKE FINANCIAL SERVICES<br><br>*Defendant(s)*<br>(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 8:24 cv 1774 WFJ-NHA<br>*(to be filled in by the Clerk's Office)*<br><br>Jury Trial: *(check one)* ☐ Yes ☑ No<br><br>JUL 29 2024 PM 1:44<br>FILED - USDC - FLMD - TPA |

## COMPLAINT FOR A CIVIL CASE

**I.  The Parties to This Complaint**

**A.  The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | DANA SANDERS |
| Street Address | 9510 SUNBELT STREET # 101 |
| City and County | TAMPA BAY |
| State and Zip Code | FLORIDA  33635 |
| Telephone Number | 407-625-0707 |
| E-mail Address | DSANDERSNFL33@GMAIL.COM |

**B.  The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

| | |
|---|---|
| Name | PAUL KERWIN |
| Job or Title (if known) | OFFICE OF THE CFO WESTLAKE FINANCIAL SERVICES |
| Street Address | 4751 WILSHIRE BLVD SUITE 100 |
| City and County | LOS ANGELES, LOS ANGELES COUNTY |
| State and Zip Code | 90054 |
| Telephone Number | 888-739-9192 |
| E-mail Address (if known) | SSALESGIVER@WESTLAKEFINANCIALS.COM |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
FEDERAL RESERVE ACT 16 1-2 (NOTE ISSUES), FEDERAL RESERVE ACT 29 (CIVIL PENALTIES), 41 USC 6503(BREACH OF CONTRACT), 18 USC 1438 (SECURITIES FRAUD), 15 USC 1615(RULE OF 78-PROMPT REFUND),15 USC 1601(TRUTH IN LENDING), 15 USC 1605 (FINANCE CHARGES) 16 CFR 444.3 (co-signer Claus),

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
      The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

   b. If the plaintiff is a corporation
      The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
      The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.     The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

LAND ROVER: MOTOR $22,000.00. CAR COST, $36,000.00. INSTALLMENTS PAID $19,000.00 ENGINE STOPPED WORKING IT WAS NECESSARY TO PURCHASE A NEW CAR $28,000.00+ $6000.00 AUTO INSURANCE=BREACH OF CONTRACT: $100,000.00 FEDERAL RESERVE ACT 29 (CIVIL DAMAGES) TIER (3) $1,000,000.00 PER DAY (OVER 35 DAYS) $35,000,000.00 (NON-RESPONSE) TOTAL: $35,212,000.00

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

LAND ROVER: MOTOR $22,000.00. CAR COST $36,000.00. CASH INSTALLMENTS PAID $19,000.00 ENGIN STOPPED WORKING IT WAS NECESSARY TO PURCHASE A NEW CAR $28,000.00+ $6000.00 AUTO INSURANCE=BREACH OF CONTRACT: $100,000.00 FEDERAL RESERVE ACT 29 (CIVIL DAMAGES) TIER (3) $1,000,000.00 PER DAY (OVER 35 DAYS) $35,000,000.00 (NON-RESPONSE) TOTAL RELIEF: $35,212,000.00

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/25/2024

Signature of Plaintiff: *Dana Sanders (without Prejudice)*
Printed Name of Plaintiff: *Dana Sanders (without Prejudice)*

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

**COMPLAINT:**

1. This is a cause of action that exceeds $75,000.00 exclusive of cost and is within the jurisdictional limits of this court.
2. The plaintiff, DANA SANDERS, POA for Deborah Sanders, is authorized to do business in Florida.
3. Defendant is licensed to do business in Hillsborough County, Florida, where the original action occurred.
4. Venue is appropriately laid here in Hillsborough County, Florida, where the Plaintiffs reside.
5. The plaintiff has satisfied any and all conditions precedent to the bringing of this action, or such conditions have been waived.
6. Before the commencement of this action, Plaintiff expressed to Defendant that he would like to accept all titles, rights, and interests in equity to/for the principal.
7. The plaintiff demanded the CFO apply the principal's balance to the principal account number for a complete set-off and settlement of the account.

**COUNT I: BREACH OF CONTRACT**

8. Plaintiff reincorporates paragraphs one (1) through seven (7) as though fully set forth herein.
9. The agreement provided that Defendant would execute the transfer of all titles, rights, and interests in equity to/for the principal.
10. Defendant Failed to acknowledge Plaintiff's right to redress the initial "Consumer Credit Transaction" regarding the principal performance of the promissory note.
11. The Defendant's failure to execute the transfer as requested caused it to default and materially breach the agreement.
12. Although Plaintiff has made numerous documented requests, Defendant has failed to respond. The Plaintiff demands judgment against the defendant for damages, cost interest, and any other relief this court deems just and proper.

**COUNT II: FRAUD**

13. The Defendant sold goods to a consumer knowing that the sale violated ownership and/or security interest rights.
14. Defendant failed to provide two forms of material disclosure, which required a notice of rescission rights (15 USC 1635).
15. Defendant failed to give material notice of the co-signer obligation
16. Defendant failed to acknowledge UCC article 9; all debt is secured with interest
17. The Defendant violated the Fourth Amendment to the Constitution, which provides that private property shall not be taken for public use without just compensation.
18. Plaintiff - owner/ issuer for value, received no compensation for a consumer credit transaction.

19. Defendant has taken a third-party interest in owners' (issuers) security without equal or just consideration.
20. The defendant did not obtain written consent from the entitlement holder to acquire an interest in the "personal use consumer credit transaction".
21. Defendant did not recognize the application as a principal asset once received and applied to their ledger.
22. Defendant retained proceeds generated by the issued asset.
23. Defendant issued a security in the open market identified by the principal account number without the owner's consent or consideration.
24. Defendant issued monthly statements without a signature to hide liability.
25. Defendant knowingly deprived the consumer of recourse under 16 CFR 433.2 (Claims and Defense) by promoting and using deceptive language in the consumer credit transaction.

### COUNT III: IDENTITY THEFT

26. CFO *PAUL KERWIN* (Federal Reserve Agent)" had full knowledge that the "collateralized" application created the credits earmarked for the principal creditor/beneficiary (DEBORAH SANDERS) and remained silent.
27. Defendant continued to operate as an agent of the principal after notice (via mail) was given to cease and desist.
28. Plaintiff's principal name/account continues to be used by the defendant to this day without written consent from the principal's agent.
29. Defendants continue to share private information in public venues (credit bureau) without written consent.
30. Plaintiff demands judgment against Defendant for damages, cost, titles, interest, and any other relief as this court deems just and proper.
31. Plaintiff is owed the $36,000.00 plus interest, title, damages, and civil penalties ($35,000,000.00) in accordance with "Federal Reserve Act 29 Tier 3 for thirty-five business days of non-response

WHEREFORE, Plaintiff demands judgment against Defendant for damages, cost, titles, interest, and any other relief as this court deems just and proper. Respectfully submitted on this date